AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  8:26MJ208 |
| | ) | |
| Darwin Flores-Sanchez | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 19, 2026_____ in the county of _____Dodge_____ in the _____ District of _____Nebraska_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*
#8389  D.O.

Anthony Gayden, ICE Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  _____5/21/2026_____

_____
*Judge's signature*

City and state:       Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION )
OF DARWIN FLORES-SANCHEZ ) AFFIDAVIT OF Anthony P. Gayden
 )

Anthony P. Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Darwin FLORES-Sanchez**, (hereafter referred to as Defendant) with violations of 8 U.S.C. § 1326(a), reentry of removed aliens. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge or investigation into this matter.

5. Darwin FLORES-Sanchez came to the attention of the ICE ERO Omaha Fugitive Operations team while searching the Nebraska Court system for at-large leads. Defendant was charged with driving under the influence of alcohol (DUI) on March 15, 2026, in Fremont, Nebraska, under the alias Erik FLORES-Sanchez, DOB September 19, 2002. He was scheduled to attend court in Dodge County, Nebraska, on May 19, 2026, at 9:00am.

6. Biographic checks of FLORES's name and date of birth showed that he is a citizen of Honduras with an expedited removal order and one previous removal from the U.S. to Honduras.

7. On May 19, 2026, ICE officers Anthony Gayden, Kenneth Madill, Carl Wisehart, and Andrew Gill approached Defendant at the Dodge County, Nebraska, Courthouse. All officers identified themselves and questioned Defendant about his citizenship status.

8. Defendant freely admitted to being a citizen of Honduras who entered the U.S. illegally. ICE placed Defendant under arrest and transported him to the Omaha ICE ERO office for processing. At the office, biometric checks of his fingerprints confirmed his identity.

9.     Defendant **FLORES-Sanchez's,** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant had been arrested by DHS previously.

10.     As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 209 830 401) relating to this Defendant, **FLORES-Sanchez.**

11.     The Defendant, **FLORES-Sanchez's**, alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Honduras who was removed from the United States to Honduras, on October 24, 2016, pursuant to a final removal order on October 17, 2016, in McAllen, Texas.

12.     A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant, **FLORES-Sanchez.**

13.     Affiant believes there is probable cause that Defendant, **FLORES-Sanchez**, is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____

Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me by telephone or other reliable electronic means:

Date: May 21, 2026

City and State: Omaha, Nebraska

_____

Michael D. Nelson, U.S. Magistrate Judge

2